

| Policy | |
|---|---|
| **COVID-19 Immunization** | |
| **Developed By:** COVID-19 Taskforce, Infection Control, and Employee Health Services | **Effective Date:** 9/15/2021 |
| **Policy Owner:** Andrew Karson MD, Charles Cavagnaro MD, Frank Powers MD, Brian Daly MD | **Approved by:** Bart Metzger, SVP, Human Resources, UMass Memorial Health Care |
| **Applicability:** This policy applies to all Workforce Members who are assigned to work for any UMMH entity. | **Approved by:** Eric Dickson MD, CEO UMass Memorial Health Care |
| **Keywords:** COVID-19, vaccine, surgical mask, N95 | |

## Policy

COVID-19 is a highly contagious and serious illness. As protecting the patients and workforce of UMass Memorial Health ("UMMH") is central to our mission as a healthcare organization, and to comply with federal workplace safety regulations, all Workforce Members are required to be vaccinated against COVID-19 or obtain an approved exemption.

## Definitions

**UMMH Entity:** All entities with employees that are wholly owned, either directly or indirectly, by UMass Memorial Health, Inc.

**Workforce Member:** All employees, contractors, volunteers, vendors, trainees (including medical students, interns, residents, fellows, allied health professional and business students), members of the Medical Staff, including employed and private physicians, temporary employees and other persons employed, credentialed or under the direction and control of UMMH whether or not they are paid by UMMH.

**Employee:** Any individual who is party to a full-time, part-time, temporary or *per diem* employment arrangement with a UMMH entity, whether on a contractual or at-will basis, in which the person performs services under UMMH's direct supervision and control in exchange for compensation. Vendors and independent contractors are not employees.

**Exemption Eligible:** UMMH will only consider and grant medical/disability and religious exemption requests from the following Workforce Members: Employees, Trainees (including medical students, interns, residents, fellows, allied health professionals, and business students), and non-employed members of the Medical Staff. All other Workforce Members, including contractors, volunteers, and vendors are not eligible for exemption from the COVID-19 vaccine and will be denied access to UMMH premises if not in compliance with this policy.

* * If the links in this policy do not work, notify PolicyAdministrator@umassmemorial.org. * *

## Required Criteria for Procedure

1. All Workforce Members who work for any UMMH entity are mandated to receive their first dose of a COVID-19 Vaccine, or obtain an approved exemption, by November 1, 2021 unless otherwise required to do so earlier by state or federal law; and all Workforce Members must complete their full vaccination course (two doses of an mRNA vaccine or one dose of the Johnson and Johnson vaccine), or obtain an approved exemption, by December 15, 2021, unless required to do so earlier by state or federal law.

2. Medical/Disability and Religious exemption requests will be considered for Exemption Eligible Workforce Members only. Consideration will be by system-level, multidisciplinary committees. All requests for exemption will be de-identified such that the committees only review requests with anonymized information. The process for both exemptions will be in accordance with state and federal law.

3. Workforce Members who are granted an exemption (whether religious or medical) will meet confidentially with Human Resources and their manager to determine whether their exemption can be accommodated in their present role. Accommodations will be reviewed on a case-by-case basis in accordance with state and federal law. If an accommodation cannot be granted due to risk of infection or disruption to critical healthcare operations, the Workforce Member will be given an opportunity to consider present vacancies at their UMMH entity where their exemption may be accommodated, if any. If no such vacancies are available, the Workforce Member may be subject to termination and removal of privileges (if applicable).

4. If an exemption can be accommodated, the Workforce Member will be required to adhere to the following infection control protocols: (i) wearing an approved N95 respirator as well as full eye protection in any UMMH building at all times; (ii) eating all meals in a socially distanced manner; and (iii) undergoing frequent COVID-19 testing. This is not an exhaustive list of potential measures that Workforce Members receiving accommodations will be required to follow depending on the evolving nature of the present COVID-19 pandemic.

5. Depending on the circumstances, an exemption may be time limited until such time as the reasons supporting exemption no longer apply. Exemptions and accommodations are not permanent and are subject to review and modification due to evolving circumstances due to the pandemic.

6. Any Workforce Member who is not Exemption Eligible as defined above and is not in compliance with this policy will be denied access to UMMH premises.

7. Any Exemption Eligible Workforce Member who fails to comply with this policy and/or the conditions of their exemption will be subject to successive levels of discipline up to and including termination of employment and removal of privileges (if applicable). Moreover, if permitted to work past November 1, 2021, such work force member must (i) wear an approved N95 respirator as well as full eye protection in any UMMH building at all times; (ii) eat all meals in a socially distanced manner; and (iii) undergo frequent COVID-19 testing while inside any UMMH premises.

8. COVID-19 vaccines are available free of charge to all UMMH Workforce Members. The UMMH vaccination program is coordinated through each UMMH entity's EHS.

9. Individuals covered by this policy who are vaccinated through services other than a UMMH EHS (i.e. private physician office, public clinics, retail pharmacies, etc.), must provide proof of first immunization to their EHS by November 1, 2021 unless otherwise required to do so earlier by state or federal law, and proof of completion of the full vaccination course by December 15, 2021, unless otherwise required to do so earlier by state or federal law.

10. EHS will maintain a record of COVID-19 vaccinations and exemptions. EHS will distribute periodic compliance reports to update managers on the immunization rates and exemptions for staff who work in their respective areas. Managers and supervisors are responsible for enforcement of this policy.

\*\* If the links in this policy do not work, notify PolicyAdministrator@umassmemorial.org. \*\*

**No changes to this policy may be made in isolation or independently.**

### Entity/Department Specific Procedures
N/A

### Supplemental Materials
N/A

### Rescission
Supersedes policy dated: N/A

### References
N/A

* * If the links in this policy do not work, notify PolicyAdministrator@umassmemorial.org. * *