

Human Resources Department
67 Millbrook Street
North Building, 1st Floor
Worcester, MA 01606
www.umassmemorial.org

Sent via USPS Certified Mail

November 5, 2021

Dear Caregiver:

As described in the UMass Memorial Health Care (UMMHC) COVID-19 Vaccination Policy, to remain employed with UMMHC, all caregivers are required to be vaccinated against COVID-19 or have an approved religious or medical exemption. All caregivers should have received either the one-shot Johnson & Johnson vaccine or a first dose of either the Pfizer or Moderna vaccine on or before November 1, 2021, unless they were granted a medical or religious exemption or are awaiting a decision from either the medical or religious exemption committees.

After November 1, caregivers who do not have an approved medical or religious exemption will have a two-week grace period – until November 15 – to get vaccinated – either with the one-shot Johnson & Johnson vaccine or a first dose of either the Pfizer or Moderna vaccine. If they do not do so by November 15 – or within two weeks of having received a decision from either the medical or religious committees, whichever is later – they will be put on suspended leave without pay.

Unvaccinated caregivers who have not received an approved medical or religious exemption and have not received either the one-shot Johnson & Johnson vaccine or a first dose of either the Pfizer or Moderna vaccine by December 1, will lose their jobs and be ineligible to work at UMass Memorial Health. Unless they receive a medical exemption from the second dose, any caregiver who gets their first dose of the Pfizer or Moderna vaccine by this deadline must receive their second dose on or before January 4, 2022, unless granted additional time by Employee Health Services.

Our records indicate that you have not yet received either the one-shot Johnson & Johnson vaccine or a first dose of either the Pfizer or Moderna vaccine. Should you not receive the one-shot Johnson & Johnson vaccine or a first dose of either the Pfizer or Moderna vaccine by November 15, 2021, you will be placed on an unpaid suspension beginning on November 16, 2021. Should you not receive the one-shot Johnson & Johnson vaccine or a first dose of either the Pfizer or Moderna vaccine by December 1, 2021, you will lose your job on December 2, 2021.

If you have submitted a timely medical or religious exemption request and did not receive a response by November 1, 2021, and should your exemption request be denied, your 14-day grace period will begin on the date that you receive your denial, and your unpaid suspension will begin on day 15. There will be no extensions of the December 2, 2021 termination date.

If you have any additional questions during this time, please feel free to contact your Human Resources Business Partner.

Regards,

Justin J. May
Vice President of Labor and Employee Relations
UMass Memorial Health Care