

| | | |
|---|---|---|
| **UMassMemorial** | Medical Center<br>Human Resources | 67 Millbrook Street<br>North Building, 2nd Floor<br>Worcester, MA 01606<br>Tel: 508-793-5660<br>Fax: 508-793-5691<br>umassmemorial.org<br>www.umassmemorial.org |

<u>**CERTIFIED MAIL and FIRST-CLASS MAIL**</u>

December 2, 2021

DEBRA NEDDER
137 WEST SHORE ROAD,
HEBRON, NH 03241

Dear DEBRA,

This letter concerns your separation from employment with UMass Memorial Health. You were previously informed that any caregiver who had not provided proof to Employee Health, on or before December 1, 2021, of having received the one-shot Johnson & Johnson or a first dose of either the Pfizer or Moderna COVID-19 vaccines would be separated from employment unless granted a medical or religious exemption. Moreover, those caregivers would be ineligible for re-employment unless and until they had completed the full regimen of either vaccine.

Our records indicate that you have not received either the one-shot Johnson & Johnson vaccine or a first dose of either the Pfizer or Moderna vaccine. There is also no record of your having been granted a medical or religious exemption. Accordingly, you will be separated from employment with UMass Memorial Health effective today, December 2, 2021.

If you have not done so already, please return all hospital property, including keys, hospital identification card, etc. to Human Resources, 67 Millbrook Street, Worcester, MA 01605.

Enclosed you will find the "How to File for Unemployment Insurance Benefits" form. If you should have any questions regarding this matter, please contact your Human Resources Business Partner

Thank you for your service to UMass Memorial Health. Please accept my best wishes for success in your future endeavors.

Sincerely,

Justin J. May
Vice President of Labor and Employee Relations

*The Clinical Partner of the
University of Massachusetts Medical School*