

125 High Street
Oliver Street Tower, 6th Floor
Boston, MA 02110

617 670 8800
mgmlaw.com

Jon C. Cowen
Partner
Direct Dial: 617 406 4511
E-mail: jcowen@mgmlaw.com

January 8, 2025

<u>*Via CM/ECF - Electronic Filing*</u>

Honorable Margaret R. Guzman
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts

      RE:    <u>Debra Nedder v. UMass Health Care, Inc., et al.; C.A. No.: 4:23-cv-40012-MRG</u>

Dear Judge Guzman:

I represent the plaintiff, Debra Nedder, in this matter which was filed in the Massachusetts federal district court on February 2, 2023. The case was initially assigned to Judge Indira Talwani and was re-assigned to your Honor on March 10, 2023.

I am writing to request that the Court address the pending Partial Motion to Dismiss, described below, at its earliest opportunity, and set a Rule 16 conference as soon as possible. Because no Rule 16 conference has occurred, and no scheduling order has been issued, the progress of this case has been unduly delayed.

A Rule 16 conference was originally scheduled for March 31, 2023, shortly after the case was filed. However, that conference was continued at the (unopposed) request of the Defendants and was reset for April 19, 2023. The Rule 16 conference was then reset again to April 26, 2023. However, before that date, on March 28, 2023, Defendants filed a Motion for More Definite Statement, followed by a second (unopposed) Motion to Continue the Rule 16 Conference. On April 5, 2023, the Court granted the second Motion to Continue "to a date to be determined" and canceled the conference that had been set for April 26, 2023. See dkt. Nos. 21 and 22.

Eleven months later, on March 12, 2024, the Court (Guzman, J.) granted the Motion for More Definite Statement (dkt. no. 27). On April 11, 2024, Ms. Nedder filed her First Amended Complaint (dkt. no. 28). The corporate defendants, UMass Memorial Health Care, Inc. and UMass Memorial Medical Center, Inc., filed an Answer to the First Amended Complaint on May 31, 2024 (dkt. no. 31). On that date, the individual defendants, Andrew S. Karson, Justin May and John Randolph filed a Motion to Dismiss the First Amended Complaint (dkt. no. 32). Plaintiff filed an Opposition to the Motion to Dismiss on June 14, 2024 (dkt. no. 34). To date, no action has been taken by the Court on this Motion.

mgmlaw.com

Boston | Chicago | Dallas | Hattiesburg | Irvine | Jackson | Los Angeles | Madison County/St. Louis | Miami
New Jersey | New Orleans | New York | Providence | San Francisco | Walnut Creek | Wilmington



I respectfully request that the Court issue an appropriate order on the Individual Defendants' Motion to Dismiss and that a Rule 16 Scheduling Conference be set on the earliest possible date.

Thank you.

                                                        Sincerely,

                                                        Jon C. Cowen

JCC/dmc
cc *(via email)*:   Diane Saunders, Esq.
                           Darrell Mook, Esq.